FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE 2026 OCT 21 PM 1:24
KNOXVILLE

US DISTRICT COURT
EASTERN DIST. TENN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>GREGORY ALLAN PORTER,<br>also known as "Tony Wayne Ortiz,"<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-CR- 151<br>Judges: Crytzer / McCook |

INDICTMENT

The Grand Jury charges:

BACKGROUND

1. GREGORY ALLAN PORTER, a Canadian citizen, disappeared on or about October 5, 1984, after being discharged from the army at the Canadian Forces Base in Wainwright, Alberta, and since that date, his fate or whereabouts were unknown.

2. Beginning days after his disappearance, the defendant assumed the identity of Tony Wayne Ortiz, an American citizen. From 1984 to the present, GREGORY ALLAN PORTER has lived and worked under the assumed identity of Tony Wayne Ortiz by obtaining a birth certificate, social security number, California and Tennessee driver's licenses, passports, and voted in state, local, and federal elections.

RELEVANT PARTIES

3. GREGORY ALLAN PORTER ("PORTER") was born in Canada on April 24, 1959, and unlawfully entered the United States at an unknown time and unknown location.

4. Tony Wayne Ortiz ("Ortiz") was born in Sacramento, California on July 5, 1963, and died on April 18, 1970, in Scottsdale, Arizona at the age of 6 years old and was buried at the Sacramento Memorial Lawn Cemetery in Sacramento, California.

## RELEVANT FRAUDULENT CONDUCT

5. PORTER unlawfully assumed Ortiz's identity on or about October 16, 1984, and continued to live and work as Ortiz until this Indictment.

6. Using Ortiz's identity, PORTER obtained Ortiz's birth certificate and obtained a social security number as Ortiz and then a California driver's license as Ortiz in 1984. PORTER's application for a Social Security Number Card as Ortiz lists Sacramento, California as his residence.

7. On or about March 11, 1986, PORTER applied for and later received a United States Passport as Ortiz. PORTER, using Ortiz's identity, fraudulently applied to renew his United States Passport on or about March 8, 1996, March 1, 2007, January 11, 2017, and March 22, 2026.

8. On or about February 19, 2020, PORTER, using Ortiz's identity, applied for and received a REAL ID-compliant Tennessee Driver's License. In connection with this application, PORTER provided his fraudulently obtained United States Passport and Social Security Card as proof of United States citizenship.

9. On or about August 23, 2006, PORTER registered to vote in Sevier County, Tennessee as Ortiz and has regularly voted in local, state, and federal elections beginning as early as November 7, 2006.

## COUNTS ONE and TWO
False Statement in Application for Passport
18 U.S.C. § 1542

10. The allegations set forth above in paragraphs 1 through 9 are incorporated herein by reference.

11. On or about the dates set forth below, at or near Sevier County, Tennessee, in the Eastern District of Tennessee, the defendant, GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant made the false statements further described below, which statements he knew to be false:

| COUNT | DATE | DESCRIPTION OF FALSE STATEMENT |
|---|---|---|
| ONE | January 11, 2017 | Name, Social Security number, date of birth, and place of birth belonging to Tony Wayne Ortiz |
| TWO | March 22, 2026 | Name, Social Security number, date of birth, and place of birth belonging to Tony Wayne Ortiz |

Each count a separate offense, all in violation of Title 18, United States Code, Section 1542.

COUNT THREE
Aggravated Identity Theft
18 U.S.C. § 1028A

12. The allegations set forth above in paragraphs 1 through 11 are incorporated herein by reference.

13. On or about March 22, 2026, at or near Sevier County, Tennessee, in the Eastern District of Tennessee, the defendant, GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," did knowingly use, without lawful authority, the means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1542, that is, False Statement in Application for Passport, as charged in Count Two, knowing that the means of

identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

<u>COUNTS FOUR to SIX</u>
Misuse of Passport
18 U.S.C. § 1544

14. The allegations set forth above in paragraphs 1 through 9 are incorporated herein by reference.

15. On or about the dates set forth below, at or near Sevier County, Tennessee, in the Eastern District of Tennessee, the defendant, GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," willfully and knowingly used the United States passports further identified below, all of which were issued and designed for the use of Tony Wayne Ortiz, in violation of the conditions and restrictions therein contained and the rules prescribed pursuant to the laws regulating the issuance of passports as further described below:

| COUNT | DATE | PASSPORT NO. | DESCRIPTION OF MISUSE |
|---|---|---|---|
| FOUR | January 11, 2017 | 221554627 | Used in support of passport renewal application |
| FIVE | February 19, 2020 | 560354059 | Used in support of application for Tennessee Driver's License |
| SIX | March 22, 2026 | 560354059 | Used in support of passport renewal application |

Each count a separate offense, all in violation of Title 18, United States Code, Section 1544.

<u>COUNT SEVEN</u>
False Claim to United States Citizenship
18 U.S.C. § 911

16. The allegations set forth above in paragraphs 1 through 9 are incorporated herein by reference.

17. On or about March 22, 2026, at or near Sevier County, Tennessee, in the Eastern District of Tennessee, the defendant, GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," a citizen of Canada and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

COUNT EIGHT
Misuse of Social Security Number
42 U.S.C. § 408(a)(7)(8)

18. The allegations set forth above in paragraphs 1 through 9 are incorporated herein by reference.

19. That on or about March 22, 2026, at or near Sevier County, Tennessee, in the Eastern District of Tennessee, the defendant, GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," for the purpose of obtaining for him and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him in a passport renewal application when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNTS NINE to ELEVEN
Voting by Aliens
18 U.S.C. § 611

20. The allegations set forth above in paragraphs 1 through 9 are incorporated herein by reference.

21. On or about the dates set forth below, at or near Sevier County, Tennessee, in the Eastern District of Tennessee, the defendant, GREGORY ALLAN PORTER, an alien, also known as "Tony Wayne Ortiz," fully knowing that he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

| COUNT | DATE |
|---|---|
| NINE | November 8, 2022 |
| TEN | March 5, 2024 |
| ELEVEN | November 5, 2024 |

Each count a separate offense, all in violation of Title 18, United States Code, Section 611.

**FORFEITURE ALLEGATIONS**

**(Passport Fraud)**

Pursuant to 18 U.S.C. § 982(a)(6)(a)(ii)(I), upon conviction of an offense in violation of 18 U.S.C. §§ 1542 and/or 1544, as set forth in this Indictment, the defendant, GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to the following:

> A personal money judgment against the defendant GREGORY ALLAN PORTER, also known as "Tony Wayne Ortiz," and in favor of the United States which represents an amount personally obtained as a result of the violations of 18 U.S.C. §§ 1542 and/or 1544.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been co-mingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL:

SIGNATURE REDACTED

GRAND JURY FOREPERSON

Francis M. Hamilton III
United States Attorney

By: ______________________
J. Franklin Ammons
Assistant United States Attorney